ERNEST S. KINNEY 207234
2014 Tulare St. Ste. 300
Fresno, California 93721
5599051259
ESKinneyLaw@gmail.com

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>MICHAEL TRINIDAD YANEZ,<br><br>　　　　Defendant | Case No.: 1:23-CR-00152 ADA BAM<br><br>STIPULATION AND ORDER TO MODIFY CONDITION (P) |

**STIPULATION**

　　　　Defendant Michael Yanez, by and through his attorney, Ernest S. Kinney and the United States government through their attorney, AUSA Katrina Brownson, hereby stipulate as follows:

1. The next hearing for Mr. Yanez is November 8, 2023.

2. The Parties agree and stipulate to modify condition 7(p) to read as follows: "participate in the following Location Monitoring program component and abide by all the requirements of the program, which will include having a location monitoring unit installed in your residence with the Location Monitoring technology at the discretion of the Supervising Agency. You must comply with all instructions for the use and operation of said devices as given to you by the Pretrial Services Agency and employees of the monitoring company. You must pay all or part of the costs of the program based upon your ability to pay as determined by the pretrial services officer.  CURFEW:  You must remain inside your residence every day from 8:00 p.m. to 6:00a.m., or as adjusted by the pretrial services officer for medical, religious services, employment or court-ordered obligations."

STIPULATION AND ORDER TO MODIFY CONDITION (P) - 1

October 23, 2023

                                                                  /s/ ERNEST S. KINNEY
                                             ERNEST S. KINNEY
                                             Counsel for Defendant
                                             Michael Yanez

                                               /s/ KATRINA BROWNSON
                                             AUSA KATRINA BROWNSON

**ORDER**

Defendant's conditions of release shall be modified consistent with the parties' stipulation.

IT IS SO ORDERED.

Dated: **October 24, 2023**                      /s/ *[signature]*
                                                        UNITED STATES MAGISTRATE JUDGE