1   PHILLIP A. TALBERT
    United States Attorney
2   BRITTANY M. GUNTER
    Assistant United States Attorney
3   2500 Tulare Street, Suite 4401
    Fresno, Ca 93721
4   Telephone: (559) 497-4000
    Facsimile:  (559) 497-4099
5

6   Attorneys for Plaintiff
    United States of America
7

8                   UNITED STATES DISTRICT COURT

9                   EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,              Case No: 1:23-CR-00152-NODJ-BAM

12                         Plaintiff,      STIPULATION TO CONTINUE STATUS
                                           CONFERENCE AND REGARDING
13              v.                         EXCLUDABLE TIME PERIODS UNDER SPEEDY
                                           TRIAL ACT; ORDER
14  MICHAEL TRINIDAD YANEZ,

15                         Defendant.

16

17

18         THE PARTIES HEREBY STIPULATE, through their respective attorneys of record, Assistant

19  United States Attorney Brittany M. Gunter, counsel for the government, and Ernest Scott Kinney,

20  counsel for Michael Trinidad Yanez ("the defendant"), that this action's **Wednesday, April 24, 2024,**

21  **status conference be continued to Wednesday, June 26, 2024, at 1:00 p.m.**  The parties likewise ask

22  the court to endorse this stipulation by way of formal order.

23         The parties base this stipulation on good cause.  Specifically,

24      1.  The grand jury returned an indictment regarding this matter on August 10, 2023.  The

25          government prepared and delivered an initial set of discovery to defense counsel within the

26          time limits set forth by Eastern District of California Local Rule 440.

27      2.  The government provided supplemental discovery to the defense on February 6, 2024, and

28                                              1

March 14, 2024.  The defense is and has been reviewing discovery thus far provided.  If the government identifies additional information that should be produced as supplemental discovery, the government will promptly produce it in accord with Rule 16.

3.  By the time of the continued status conference and as all discovery is timely reviewed, the parties further intend to explore the extent this case can be resolved prior to trial.

4.  Defense counsel needs more time to complete its review of the supplemental discovery, conduct any additional investigation, and communicate with both the defendant and government counsel about any potential pretrial resolution of this case.

5.  The government does not object to the continuance.

6.  The parties therefore stipulate that the period of time from April 24, 2024, through June 26, 2024, is deemed excludable pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv) because it results from a continuance granted by the Court at the parties' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO STIPULATED.


Dated:  April 15, 2024                    PHILLIP A. TALBERT
                                          United States Attorney


                                    By:  _/s/ BRITTANY M. GUNTER____
                                          BRITTANY M. GUNTER
                                          Assistant United States Attorney


Dated: April 15, 2024               By:  _/s/ ERNEST SCOTT KINNEY___
                                          ERNEST SCOTT KINNEY
                                          Counsel for Defendant

2

**O R D E R**

IT IS ORDERED that the status hearing currently set for April 24, 2024, at 1:00 pm is continued until **June 26, 2024, at 1:00 p.m. before Magistrate Judge Barbara A. McAuliffe**.

IT IS FURTHER ORDERED THAT the period of time from April 24, 2024, through June 26, 2024, is excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv) because it results from a continuance granted by the Court at the parties' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated:   __April 15, 2024__          ____ /s/ *Barbara A. McAuliffe* ____
                                        UNITED STATES MAGISTRATE JUDGE

3