PHILLIP A. TALBERT
United States Attorney
BRITTANY M. GUNTER
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:23-CR-00152-NODJ-BAM |
|---|---|
| Plaintiff, | STIPULATION TO SET MOTIONS BRIEFING SCHEDULE AND MOTIONS HEARING; ORDER |
| v. | |
| MICHAEL TRINIDAD YANEZ, | |
| Defendant. | |

The United States of America, by and through its counsel of record, and defendant Michael Trinidad Yanez, by and through defendant's counsel of record, Ernest Scott Kinney, hereby stipulate as follows:

1. By previous order, the Court set this matter for a jury trial on March 25, 2025. ECF 45. A trial confirmation hearing is set for February 24, 2025. ECF 45.

2. The parties have met and conferred and agreed to dates for motions briefing and a motions hearing. Accordingly, the parties jointly request that the Court approve the following schedule for pretrial motions:

   a) Each party shall file pretrial motions or motions in limine by February 10, 2025.

   b) Each party shall file oppositions to the other party's motions by February 17, 2025.

   c) Each party shall file replies to the other party's opposition by February 24, 2025.

3. The parties jointly request that the Court set a hearing to address the motions on March 10, 2025.

IT IS SO STIPULATED.

| Dated: December 16, 2024 | PHILLIP A. TALBERT<br>United States Attorney |
|---|---|
| | /s/ BRITTANY M. GUNTER<br>BRITTANY M. GUNTER<br>Assistant United States Attorney |
| Dated: December 16, 2024 | /s/ ERNEST SCOTT KINNEY<br>ERNEST SCOTT KINNEY<br>Counsel for Defendant |

**ORDER**

IT IS ORDERED that the Court will conduct a hearing on any pretrial motions and motions in limine on **March 10, 2025, at 8:30 a.m**. before a District Judge. The Court adopts the proposed briefing schedule set forth in the parties' stipulation above. The status conference set for January 22, 2025 is vacated.

IT IS SO ORDERED.

Dated: **December 16, 2024**         /s/ Barbara A. McAuliffe
                                       UNITED STATES MAGISTRATE JUDGE