MICHELE BECKWITH
Acting United States Attorney
LUKE BATY
CHAN HEE CHU
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL TRINIDAD YANEZ,<br><br>Defendant. | Case No. 1:23-CR-00152-JCC-BAM<br><br>STIPULATION TO RESCHEDULE STATUS CONFERENCE; ~~PROPOSED~~ ORDER<br><br>COURT: Hon. John C. Coughenour |

Defendant Michael Trinidad Yanez ("Defendant") and the United States of America ("United States") stipulate and request that the currently scheduled jury trial on June 23, 2025, be vacated, in lieu of an initial appearance on the new charges filed pursuant to a Superseding Information on June 10, 2025. *See* Fed. R. Crim. P. 58(b)(2)(F) (stating that there is no right to a jury trial for a petty offense); 18 U.S.C. § 19 (stating a Class B misdemeanor is a petty offense).

The parties agree and stipulate that the initial appearance for the charges of the Superseding Information may be set for June 23, 2025, on the duty calendar before the duty magistrate judge.

///

///

///

///

1

U.S. v. Yanez
Case No. 1:23-CR-00152-JCC-BAM

## STIPULATION

The United States of America, by and through undersigned counsel, and Defendant, by and through undersigned counsel, hereby stipulate as follows:

1. The currently scheduled Jury Trial on June 23, 2025, at 8:30 a.m., may be vacated;
2. The initial appearance for the charges in the Superseding Information may be scheduled before the duty magistrate judge on the duty calendar on June 23, 2025, at 2:00 p.m.

Respectfully submitted,

MICHELE BECKWITH
Acting United States Attorney

Date: June 10, 2025

*/s/ Chan Hee Chu*
CHAN HEE CHU
Assistant United States Attorney
Attorney for Plaintiff

Date: June 10, 2025

*/s/ Ernest Scott Kinney*
ERNEST SCOTT KINNEY
Attorney for Defendant
MICHAEL TRINIDAD YANEZ

**O R D E R**

**IT IS SO ORDERED.** The currently scheduled Jury Trial on June 23, 2025, at 8:30 a.m., is vacated. The initial appearance on the charges of the Superseding Information is set for June 23, 2025, 2:00 p.m., on the duty calendar, before the presiding duty magistrate judge.

DATED this 10th day of June 2025.

John C. Coughenour
UNITED STATES DISTRICT JUDGE