KIMBERLY A. SANCHEZ
Acting United States Attorney
LUKE BATY
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, Ca 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL YANEZ,<br><br>Defendant. | Case No: 1:23-CR-00152-HBK<br><br>STIPULATION TO CONTINUE STATUS CONFERENCE AND SET TRIAL DATE; ORDER<br><br>DATE: August 12, 2025<br>TIME: 10:00 a.m.<br>JUDGE: Hon. Helena M. Barch-Kuchta |

THE PARTIES HEREBY STIPULATE AND REQUEST, through their respective attorneys of record, Assistant United States Attorney Luke Baty, counsel for the government, and Ernest Kinney, counsel for Michael Yanez ("the defendant"), that this action's **Tuesday, August 12, 2025, status conference be continued to September 16, 2025  and a trial date set on November 5, 2025, at 10 a.m.** The parties likewise ask the court to endorse this stipulation by way of formal order.

The parties base this stipulation on good cause.  Specifically,

1. By previous order, this matter was set for a status conference on August 12, 2025, at 10:00 a.m.

2. By this stipulation, the parties request that the status conference be continued to September

1

16, 2025 at 10:00 a.m to discuss any pre-trial matters and trial schedule.

3. The parties also request a trial be set for November 5, 2025, at 10:00 a.m.

4. The government has represented that the discovery associated with this case, including investigative reports and related documents, and photos have been either produced directly to counsel and/or made available for inspection and copying. The defense is and has been reviewing discovery thus far provided. If the government identifies additional information that should be produced as supplemental discovery, the government will promptly produce it in accord with Rule 16.

5. The government has made a plea offer to the defendant, which the defendant has rejected.

6. The defendant maintains his plea of not guilty, and no longer wishes to negotiate with the government to reach a resolution.

7. The defendant chooses to assert his right to trial.

8. In order to conduct adequate trial preparations and taking into account Defense Counsel's personal schedule, the parties request the court set the matter November 5, 2025 at 10:00 a.m to accommodate defense counsel's schedule and allow sufficient time for both defense and government preparations.

9. Because the case involves a class B misdemeanor, no exclusion of time is necessary.

IT IS SO STIPULATED.

Dated: August 8, 2025               KIMBERLY A. SANCHEZ
                                    Acting United States Attorney


                                By: /s/ LUKE BATY
                                    LUKE BATY
                                    Assistant United States Attorney


Dated: August 8, 2025           By:     /s/ ERNEST KINNEY
                                        ERNEST KINNEY
                                    Counsel for Defendant

2

**O R D E R**

IT IS ORDERED that Parties' stipulated motion (Doc. No. 96) is GRANTED. The status conference currently set for August 12, 2025 at 10:00 a.m. be continued to September 16, 2025 at 10:00 a.m.

IT IS FURTHER ORDERED THAT a bench trial is set before the Honorable Helena M. Barch-Kuchta on November 5, 2025 at 10:00 a.m. in Yosemite.

Dated:   August 8, 2025

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE