23

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 1:23-CR-00152-1 HBK |
|---|---|---|
| Plaintiff, | ) | O R D E R |
| | ) | APPOINTING COUNSEL |
| vs. | ) | |
| MICHAEL YANEZ, | ) | |
| Defendant. | ) | |

The Court previously appointed counsel for Defendant finding he was financially unable to obtain counsel and desired counsel to be appointed to represent him. (Doc. Nos. 3, 4). The Court has been advised that current defense counsel is unable to proceed in this matter. Therefore, in the interests of justice and pursuant to the U.S. CONST., amend VI and 18 U.S.C. § 3006A, IT IS HEREBY ORDERED that Richard M. Oberto, be appointed to represent the above defendant in this case effective *nunc pro tunc* to December 3, 2025, in place of panel attorney E. Scott Kinney who is unable to practice law at this time. This appointment shall remain in effect until further order of this court, or until the pending criminal matter and any direct appeal is resolved, whichever is first.

Dated:   December 12, 2025

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE

-1-