UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  1:23-cr-00152-HBK ORDER |
| v. | GRANTING CONTINUANCE (Doc. |
| MICHAEL TRINIDAD YANEZ, | 103) |
| Defendant. | JUNE 24, 2026 TRIAL DATE |

On August 10, 2023, defendant was indicted on two counts:  (1) Assault Resulting in Serious Bodily Injury in violation of 18 U.S.C. § 113(a)(6) ( a Felony); and (2) Assault by Striking in violation of 18 U.S.C. § 2261(a)(1) (a Class A Misdemeanor).  On June 10, 2025, defendant was charged in a Superseding Information with two Class B Misdemeanors:  (1) Disorderly Conduct in violation of 36 C.F.R. § 2.34(a); and (2) Simple Assault in violation of 18 U.S.C. § 113(a)(5).  (Doc. 81).  After arraignment on the two Class B Misdemeanors, this case was reassigned to the undersigned.  (Docs. 86, 88).   The court set this case for bench trial on November 5, 2025, and continued the trial upon motion by the parties to January 21, 2026.  (Docs. 97, 101).  On January 5, 2025, the parties filed a joint motion seeking a further continuance of the January 21, 2026 trial date.  (Doc. 103).  The parties request a continuance of the trial date to after June 22, 2026.  As support, the parties cite to the recent appointment of substitute defense counsel and defense counsel's need to obtain and review extensive discovery. The court finds good cause to grant a second continuance of the trial date.

Accordingly, it is hereby ORDERED:

1.  The Court GRANTS the parties joint motion (Doc. 103).

2.  The Court VACATES the January 21, 2026 bench trial date and RESETS the trial date to June 24, 2026 at 10:00 A.M. in Yosemite.

3.  The Court sets a trial confirmation hearing for June 3, 2026 at 1:00 P.M. in Yosemite.

Dated:    January 15, 2026

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE

2